255 So.2d 771

**STATE of Louisiana ex rel. Malcolm Lee WASHINGTON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52019.

Jan. 4, 1972.

In re: Malcolm Lee Washington applying for writ of certiorari and habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

255 So.2d 771

**Homer BLAND**

v.

**CITY OF HOUMA.**

No. 52023.

Jan. 4, 1972.

In re: Homer Bland applying for writs of certiorari and review.

Writ refused. Relator's remedy is by appeal. See Bowen v. Doyal, La., 253 So.2d 200. Relator is granted 15 days to perfect appeal to proper appellate court.

SUMMERS, J., is of the opinion the writ should be denied. This Court is without authority to extend the time for appeal provided by the legislature.